**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 11-cr-00127-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.  RICHARD GRANT,

       Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

    A Notice of Disposition was filed in the above matter on July 19, 2011.

    IT IS ORDERED THAT A Change of Plea hearing is set for **August 17, 2011, at 10:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on August 15, 2011.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**  In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

    IT IS FURTHER ORDERED that the jury trial in this matter, set to commence August 15, 2011, is VACATED.

2

DATED: July 27, 2011

                                      BY THE COURT:

                                      *s/ David M. Ebel*

                                      _____
                                      David M. Ebel
                                      United States Circuit Judge